# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00484-CV

**In re Raul Pacheco and Israel Pacheco, as Guardian of the Estate of Raul Pacheco**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Chief Justice Law, Justices Pemberton and Henson

Filed: August 15, 2008